PIEDMONT FIRE INSURANCE COMPANY, A CORPORATION, v. J. W. STINSON, TREASURER OF MECKLENBURG COUNTY, N. C., AND MECKLENBURG COUNTY, N. C.

(Filed 22 June, 1938.)

**Appeal and Error § 38—**

When the Supreme Court is evenly divided in opinion, one Justice not sitting, the judgment of the Superior Court will be affirmed without becoming a precedent.

APPEAL by plaintiff from *S. J. Ervin, Jr., Special Judge,* at Extra March Civil Term, 1938, of MECKLENBURG. Affirmed.

*Guthrie, Pierce & Blakeney for plaintiff.*
*J. Clyde Stancill and Henry E. Fisher for defendant.*

PER CURIAM. The question involved: In determining the amount of the 1937 *ad valorem* taxes to be assessed and imposed by Mecklenburg County upon the taxable "solvent credits" of the Piedmont Fire Insurance Company, is the Piedmont Fire Insurance Company entitled to deduct from its otherwise taxable "solvent credits" the amount of its "unearned premiums" as of the tax return date?

The court being evenly divided in opinion, *Seawell, J.,* not sitting, the judgment of the Superior Court is affirmed and stands as the decision of this action without becoming a precedent. *Nebel v. Nebel,* 201 N. C., 840; *McMahan v. Basinger,* 211 N. C., 747; *Braswell v. Town of Wilson,* 212 N. C., 833.

The judgment of the court below is
Affirmed.